**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RETAIL SERVICE SYSTEMS, INC.,**

      **Plaintiff,**

    **v.**

                                     **Civil Action 2:26-cv-383**
                                     **Judge Algenon L. Marbley**

**AMERICA BEDDING DIRECT, LLC,**         **Magistrate Judge Chelsey M. Vascura**
*et al.*,

      **Defendants.**

### <u>ORDER</u>

This matter is before the Court on Plaintiff Retail Service Systems, Inc.'s Motion to Seal Confidential Exhibits to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). Therein, Plaintiff represents that two exhibits ("Confidential Exhibits 1 and 2") it wishes to file in support of its TRO Motion contain confidential and proprietary business information that would cause competitive harm if disclosed to the public, including aspects of Plaintiff's unique training and marketing program, such as detailed phone and sales scripts and specific marketing techniques and sales approaches. (*See* TRO Mot. ¶¶ 13–16, ECF No. 5.)

Based on these representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion is **GRANTED**. Plaintiff may file **UNDER SEAL** its Confidential Exhibits 1 and 2.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE