**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RETAIL SERVICE SYSTEMS, INC.** | : | **Case No. 2:26-cv-00383** |
| | : | |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **MAGISTRATE JUDGE VASCURA** |
| **AMERICA BEDDING DIRECT, LLC, *et al.*,** | : | |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

On July 30, 2026, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 49), recommending that Plaintiff's claims against Does 1 through 50 be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) for failure to timely effect service of process. (*Id.*). Plaintiff's objection was due by August 13, 2026. Plaintiff was specifically advised of its right to object to the Report and Recommendation within fourteen days and of the consequences of failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's claims against Does 1 through 50 are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**